IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRUCE SAMSON**                                                                                        **PLAINTIFF**

**v.**                                   **Case No. 4:19-cv-00047 KGB**

**STANDARD INSURANCE COMPANY,** *et al.*                               **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 9). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

It is so ordered this 30th day of October, 2020.

*[Signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge